1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

10

ONION BOY, INC., an Ohio
corporation,

Case No: 8:21-cv-01118-JVS-KES

11

JUDGMENT

12

                    Plaintiff,

13

vs.

Date:  April 25, 2022

14

MIKE'S BULK DIST. INC., a
California corporation; MICHAEL
ORTEGA, an individual also known
as MICHAEL (MIKE) E. FELIX,
III; VERDE FRESH PRODUCE,
INC., a California corporation; and
MIKE'S FARM AND GENERAL
MERCHANDISE, INC., an
Arizona corporation,

Time:  1:30 p.m.

15

16

Location:  Courtroom 10C of the
411 West 4th Street,
Santa Ana, CA 92701-4516

17

18

19

                    Defendants.

20

        Before this Court is Plaintiff's Motion for Judgment Pursuant to

21

Stipulation for Settlement under the Perishable Agricultural Commodities Act.

22

After reviewing the Motion and being fully advised, it is **ORDERED:**

23

        1.      This Court grants Plaintiff's Motion for Judgment Pursuant to

24

Stipulation for Settlement under the Perishable Agricultural Commodities Act.

25

        2.      Plaintiff, Onion Boy, Inc. is a valid trust beneficiary of Defendant,

26

Mike's Bulk Dist. Inc. under Section 5(c) of the Perishable Agricultural

27

Commodities Act of 1930, as amended, 7 U.S.C §.499e(c), in the total amount

28

of $43,073.59, plus interest at 18% per year from March 21, 2022, through the date of Judgment.

3.      Judgment is entered in favor of Plaintiff, Onion Boy, Inc. and against Defendants, Mike's Bulk Dist. Inc., Michael Ortega a/k/a Michael (Mike) E. Felix, III, Verde Fresh Produce, Inc., Mike's Farm and General Merchandise, Inc. – jointly and severally – in the total amount of $43,073.59, plus interest at 18% per year from March 21, 2022, through the date of Judgment.  (The parties stipulated to this interest rate in their settlement.)

4.      Post-Judgment interest accrues at the rate of 18% per year.

5.

**DONE and ORDERED,** this 19th day of April, 2022, at Santa Ana, California.

_____
**Judge James V. Selna**
**United States District Judge**